IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH KEPPOL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM INSURANCE, | : | No. 12-5350 |
| Defendant. | : | |

### ORDER

**AND NOW**, this **25th** day of **January**, **2013**, upon consideration of Defendant's Motion to Dismiss, and Plaintiff's response thereto, and for the reasons set forth in the Court's Memorandum dated January 25, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 3) is **GRANTED** as to Plaintiff's claim for breach of fiduciary duty.

2. The motion is **DENIED** as to Plaintiff's claims for bad faith and breach of duty of good faith and fair dealing, and as to Plaintiff's request for attorneys' fees.

BY THE COURT:

_____
**Berle M. Schiller, J.**